UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN COX, individually and on behalf of all other similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COINMARKETCAP OPCO, LLC; et al.,<br><br>        Defendants - Appellees. | No. 23-15363<br><br>D.C. No. 3:21-cv-08197-SMB<br>U.S. District Court for Arizona, Prescott<br><br>**ORDER** |

The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov), or (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b).

Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

FOR THE COURT:

Beatriz L. Smith
Deputy Clerk

bls/mediation