# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-15363

**Case Name** Ryan Cox v. CoinMarketCap OpCo, LLC, et al

**Counsel submitting this form** Alexander Kolodin

**Represented party/parties** Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants unlawfully manipulated the price of a rival crypto-currency to promote a competing product and for other business advantage. Plaintiff sued, seeking class action status.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

Dismissed due to lack of personal jurisdiction. Main issue on appeal is whether the trial court erred in so dismissing the action.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A.

**Signature** s/Alexander Kolodin  **Date** 3/27/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2